```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 06921
   CHARLES WILSON
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-8225
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 04/17/07 and confirmed on 06/21/07.

   2.   The case was converted to Chapter 7 after confirmation, 10/22/2008.

   3.   The Debtor paid a total of $  10910.00 .

   4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 8900.00 | .00 | 2196.91 |
| HARLEY DAVIDSON CREDIT | SECURED VEHIC | 17552.53 | 1223.18 | 5036.15 |
| LASALLE BANK | UNSECURED | NOT FILED | .00 | .00 |
| ACCOUNT SOLUTIONS GROUP | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 20886.58 | .00 | .00 |
| B REAL LLC | UNSECURED | 9357.22 | .00 | .00 |
| DARREN L BESIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED ADJUSTMENT S | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED ADJUSTMENT S | UNSECURED | NOT FILED | .00 | .00 |
| FIRST BANKCARD CENTER | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL CREDIT CA | UNSECURED | 12937.43 | .00 | .00 |
| HELVEY & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| STUART A PETERSON | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 538.42 | .00 | .00 |
| PENTAGROUP FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS CUSTOMERS CAR | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | PRIORITY | 899.49 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 94.40 | .00 | .00 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 26452.53 | 899.49 | 43814.05 | .00 | 71166.07 |

```
PRINCIPAL PAID          7233.06            .00          .00          .00     7233.06
INTEREST PAID           1223.18            .00          .00          .00     1223.18
TOTAL PAID              8456.24            .00          .00          .00     8456.24
```
The Debtor's attorney, JAMES A YOUNG & ASSOC       , was allowed $   2500.00
and was paid $    500.00  direct and $   2000.00  through the plan.

The Trustee received $    453.76 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/22/09                    /S/
                                         GLENN STEARNS
                                       CHAPTER 13 TRUSTEE